UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,                Case No. 20-cr-20392
                                            Honorable Bernard A. Friedman

vs.

D-1   Demarco Johnson,
D-2   Maurice Johnson,
D-3   Gary Johnson,
D-4   Janard Thomas,
D-5   Carlouse Johnson,
D-6   Lanardo Johnson,
D-7   Dominique Jackson,
D-8   Michael Thomas,
D-9   Deantez Johnson,
D-10 Ricky Poole,
D-11 Martin Battiste,
D-12 Marquan Moses,

        Defendants.

## Government's First Forfeiture Bill of Particulars

Plaintiff, by and through its attorneys, submits the Government's First Forfeiture Bill of Particulars pursuant to Rule 7(f) of the Federal Rules of Criminal Procedure for the purpose of setting forth specific

property subject to forfeiture to the United States under 21 U.S.C. § 853(a), which property includes, but is not limited to, the following:

1) $72,762.00 in U.S. Currency seized from Janard Thomas on October 6, 2020 (21-FBI-000128);

2) One (1) 18kt yellow gold Rolex DateJust Mid-Size automatic watch; Model 68278 seized from Janard Thomas on October 6, 2020 (21-FBI-000131);

3) One (1) 10kt yellow gold cuban link necklace, 8.85mm wide x 20" long, double safety clasp seized from Janard Thomas on October 6, 2020 (21-FBI-000131).

This First Forfeiture Bill of Particulars does not limit the Government from seeking additional forfeiture.

        Respectfully submitted,

        Saima S. Mohsin
        Acting United States Attorney

        s/Catherine Morris
        CATHERINE MORRIS (P84371)
        Assistant United States Attorney
        211 W. Fort Street, Suite 2001
        Detroit, MI 48226
        (313) 226-9562

Dated: May 25, 2021        Catherine.Morris@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 25, 2021 the foregoing paper was electronically filed with the Clerk of the Court using the ECF system, which will electronically serve all ECF participants.

s/Catherine Morris
CATHERINE MORRIS (P84371)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9562
Catherine.Morris@usdoj.gov
